# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131655(109)


PAMELA PEREZ,
            Plaintiff-Appellee,

v                                                    SC: 131655
                                                     COA: 249737
FORD MOTOR COMPANY and DANIEL P.                     Wayne CC: 01-134649-CL
BENNETT,
            Defendants-Appellants.
_____


        On order of the Court, the motion for clarification of the order of July 27, 2007 is considered and it is DENIED.




        I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2007                    _____
                                                     Clerk